1

**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059

2    1318 K. Street
Bakersfield, CA 93301

3    Tel: (6610326-0857
Fax: (661)326-0936

4    Email: lawtorres@aol.com

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                   **FOR THE EASTERN DISTRICT of CALIFORNIA**

8

UNITED STATES OF AMERICA,                 ) Case No.: Case No.1:13-CR-00110AWI-BAM
9                                         )
                                          )
        Plaintiff,                        ) **AMENDED STIPULATION AND**
10                                        ) **ORDER TO  CONTINUE STATUS**
                                          ) **CONFERENCE**
        vs.                               )
11                                        )
                                          )
BRETT LEE SCOTT,                          )
12                                        )
        Defendant                         )
13    _____ )

14   TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

15   BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES

16   ATTORNEY:

17        **COMES NOW** Defendant, BRETT LEE SCOTT, by and through his attorney of record,

18   DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday,

19   May 13, 2013 be continued to Monday, June 24, 2013 at 1:00 p.m.

20        I am scheduled to be out of the state from May 10, 2013 through May 15, 2013 to attend

21   my daughters' graduation.  I have spoken to AUSA Karen Escobar, and she has no objection to

22   continuing the Status Conference.

23        The parties also agree the delays resulting from the continuance shall be excluded in the

24   interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

     //

25   //

1

2          **IT IS SO STIPULATED.**

3                                                                      Respectfully Submitted,

4    DATED: May 9, 2013                                 */s/ David A Torres* _____
                                                                     DAVID A. TORRES
5                                                                    Attorney for Defendant
                                                                     Brett Lee Scott
6

7
     DATED: May 9, 2013                                 */s/Karen Escobar* _____
                                                                     KAREN ESCOBAR
8                                                                    Assistant U.S. Attorney

9

10

11

12                                          **ORDER**

13
              **IT IS SO ORDERED** that the Status Conference hearing be continued to June 24, 2013.
14

15
     IT IS SO ORDERED.
16

17      Dated:   **May 9, 2013**                    /s/ *Barbara A. McAuliffe* _____
                                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25