**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
BRETT LEE SCOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    vs.  )<br>  )<br>BRETT LEE SCOTT,  )<br>  )<br>        Defendant  ) | Case No.: Case No.13-cr-0110 AWI-BAM<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE;  ORDER** |

Defendant, BRETT LEE SCOTT, hereby waives his appearance in person in open court upon the Status Conference hearing set for Monday, September 23, 2013 in Courtroom 8 of the above entitled court.  Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: 9/20/13                                                       */s/Brett Lee Scott*_____
                                                                                    BRETT LEE SCOTT

**ORDER**

DENIED as untimely.

IT IS SO ORDERED.

Dated:  **September 23, 2013**              /s/ Barbara A. McAuliffe

                                                                UNITED STATES MAGISTRATE JUDGE