TO: Law Offices of David   TO: 7646115   2014/02/12 13:59   Page: 2

1 | **DAVID A. TORRES AND ASSOCIATES**
2 | Attorney at Law, SBN 135059
  | 1318 K Street
  | Bakersfield, CA 93301
3 | Ph.: (661) 326-0857
  | Fax.: (661) 326-0936
4 | e-mail: lawtorres@aol.com

5 | Attorney for Defendant
  | BRETT LEE SCOTT

**FILED**

FEB 13 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | Case No.: 13-CR-00110 AWI-BAM |
| | **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |
| BRETT LEE SCOTT, | DATE: February 10, 2014 |
| | Time: 1:00 p.m. |
| | Courtroom 8 |
| DEFENDANT. | HONORABLE BARBARA A. McAULIFFE |

Defendant, BRETT LEE SCOTT, hereby waives his appearance in person in open court upon the status conference hearing set for Monday, February 10, 2014 at 1:00 p.m. in Courtroom Eight of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, DAVID A. TORRES. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: February 11, 2014

_____
BRETT LEE SCOTT

## ORDER

Good cause appearing.

IT IS HEREBY ORDERED that defendant BRETT LEE SCOTT is hereby excused from appearing at this court hearing scheduled for February 10, 2014 at 1:00 p.m.

IT IS SO ORDERED

DATED: 2/13/14

Barbara A. McAuliffe
United States Magistrate Judge