BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13CR110 AWI |
|---|---|
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | DATE: 8/1/14 |
| BRETT LEE SCOTT, | TIME: 10:30 A.M. |
| Defendant. | COURT: HON. ANTHONY W. ISHII |

    The United States of America, by and through its undersigned counsel hereby submits this sentencing memorandum in response to the defendant's request for a below-guideline sentence filed herein on July 31, 2014. C.R. 36.

**I. STATEMENT OF FACTS**

    The facts are generally set forth in the presentence memorandum.

    The following relevant facts were not set forth in the presentence report but were detailed in the discovery that was provided to the defense and the probation officer. Kern County Sheriff Office Deputy Pilot Kevin Austin advised the FBI case agent in this matter that the Sheriff's helicopter had been lased persistently over a six month period from the defendant's residence but had been lased the year before. Deputy Austin indicated that the laser was violet and was the "worst" aircraft lasing he had ever experienced. As a result of the laser strikes then, he was forced to leave a high priority call and land as a result of flash-blindness he suffered following the lasing with the violet laser.

United States' Sentencing Memorandum      1

In addition, a physicist from the National Institute of Standards and Technology of the U.S. Department of Commerce examined both seized lasers in this case and determined that they emitted power that exceeded the legal limit for handheld lasers. The green laser pointer was 3.4 times more powerful than the legal limit and the violet laser pointer was 17 times more powerful than the legal limit.

## II.  SENTENCING RECOMMENDATION

The probation officer recommends a high-end guideline sentence of 27 months and found no basis for a downward departure or variance.

Pursuant to the plea agreement, the government recommends a low-end sentence of 21 months.

## III.  ARGUMENT

The defendant has already received a significant benefit in entering into a plea agreement with the government.

In exchange for a plea of guilty to aiming a laser pointer at an aircraft, the government agreed to not seek a four-level dangerous weapon enhancement pursuant to U.S.S.G. Section 2A5.2(b)(1) and agreed to not seek a three-level official victim enhancement pursuant to U.S.S.G. Section 3A1.2.

In addition to receiving these benefits, a low-end guideline sentence would avoid sentencing disparity. *See United States v. Jared James Dooley*, 1:08CR008 LJO (laser defendant with CHC III and methamphetamine addiction sentenced to 24 months); *see also United States v. Adam Gardenhire*, Central District of California Case No. 12-345 SVW (laser defendant with CHC I sentenced to 30 months). Since 2008, this district has convicted 7 laser offenders as follows:

| Defendant | Case No. | Sentence |
| --- | --- | --- |
| (1) Dooley, Jared James | 1:08cr08LJO | 24 months |
| (2) Snow, Kendra Christine | 1:08cr08LJO | 18 months |
| (3) Gentry, Jeffrey Lee | 1:11cr94LJO | 7 months |
| (4) Rodriguez, Sergio Patrick | 1:13cr109LJO | 168 mos., 60 mos. conc. |
| (5) Mahaffey, Charles Conrad | 1:13cr18LJO | 21 months |
| (6) Nighswander, Robert Duane | 2:10cr109JAM | 27 months |
| (7) Coleman, Jennifer Lorraine | 1:13cr109LJO | 21 months |

All but two of the convictions in this district have been the result of a guilty plea.

The lowest sentence imposed was in the case of Jeffrey Lee Gentry. However, that case is not factually similar. A lower sentence was imposed in the Gentry case due to evidentiary issues regarding the government's juvenile witnesses. As a result, Gentry was given the opportunity to plead guilty to being an accessory after the fact, which triggered a much lower base offense level.

Setting aside co-defendant Rodriguez's and Gentry's sentences, the average sentence imposed in laser cases in this district following a guilty plea is 22 months.

A low-end guideline sentence would also have a deterrent effect. In 2013, there were 3,960 laser illumination incidents reported to the Federal Aviation Administration, an average of 10.85 strikes per day. Airports in the Eastern District of California reported over 82 laser strikes in 2013 – more than 6 laser illumination incidents per month. The Fresno Yosemite International Airport reported the highest number of laser illuminations followed by the airports in Bakersfield and Sacramento. This year, Bakersfield and Modesto lead and tie each other in the number of reported laser incidents in this district.

Finally, pursuant to the plea agreement, the government requests that the Court order the forfeiture of the laser pointer seized in this case. A preliminary order of forfeiture was filed on June 25, 2014.

## IV.  CONCLUSION

Based on the foregoing, it is respectfully requested that the Court impose a sentence of 21 months and order the forfeiture of the laser pointer.

Dated: August 1, 2014

BENJAMIN B. WAGNER
United States Attorney

 /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney