1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   BRETT LEE SCOTT
6

7

                    **IN THE UNITED STATES DISTRICT COURT**
8
                  **FOR THE EASTERN DISTRICT of CALIFORNIA**
9

10
   UNITED STATES OF AMERICA,              ) Case No. 1:13-CR-00110-AWI-BAM
11                                         )
                                           )
           Plaintiff,                      ) **ORDER TO RETURN CASH BOND**
12                                         )
                                           )
       vs.                                 )
13                                         )
   BRETT LEE SCOTT,                        )
14                                         )
                                           )
           Defendant                       )
15

16  TO: THE CLERK OF THE UNITED STATES DISTRICT COURT AND THE HONORABLE

17  ANTHONY W. ISHII:

18         **COMES NOW** Defendant, BRETT LEE SCOTT, by and through his attorney of record,

19  DAVID A. TORRES, hereby requesting that the cash bond in the amount of $60,000.00 be

20  returned to David H. Hosking.

21         On March 6, 2014 a detention hearing was held and the defendant, Brett Scott, was

22  ordered released on a $60,000.00 property bond.  On March 8, 2014 all counsel stipulated to a

23  cash bond which was ordered by the Magistrate Judge Jennifer Thurston. The bond was posted

24  by Defendant's sister, Maranda Blair, and fully secured by funds of Defendant's grandfather,

25  David H. Hosking.  Mr. Scott entered a plea of guilty on May 5, 2014 to Count 8; Aiming a

                                           1

Laser Pointer at an Aircraft and was sentenced on August 4, 2014.  Mr. Scott reported to the

Bureau of Prisons on September 15, 2014 to serve his sentence.

## ORDER

**IT IS SO ORDERED** that the cash bond in the amount of $60,000.00 be returned to Mr.

David H. Hosking.

Dated: October 17, 2014

UNITED STATES DISTRICT JUDGE