UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE:  Brett Scott**<br>**Docket Number:  1:13CR00110-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Brett Scott is requesting permission to travel to Cancun, Mexico .   Mr. Brett Scott is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On August 4, 2014, Brett Scott was sentenced for the offense(s) of Title 18 USC 39A - Aiming a Laser Pointer at an Aircraft (Class D Felony).

**Sentence Imposed:**  21 months BOP; 36 months Supervised Release; $100 Special Assessment; Mandatory Drug Testing.

**Dates and Mode of Travel:**   Departure: January 22, 2017, through Delta Airlines flight 937. Returning: January 26, 2017, through Delta Airlines flight 938.

**Purpose:**  Leisure Travel.

**RE:    Brett Scott**
   **Docket Number:  1:13CR00110-001**
   **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully submitted,

/s/ Jose Figueroa

Jose Figueroa
United States Probation Officer


Dated:   December 16, 2016
         Bakersfield, California


|                  | /s/ Tim Mechem |
|------------------|----------------|
| **REVIEWED BY:** | **Tim Mechem** |
|                  | **Supervising United States Probation Officer** |

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:   December 19, 2016                   _____
                                             SENIOR  DISTRICT  JUDGE